**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-7469**

_____

CHRISTOPHER M. WATKINS,

Petitioner - Appellant,

versus

JOE DRIVER, Warden,

Respondent - Appellee.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins.  John S. Kaull, Magistrate Judge.  (2:06-cv-00042)

_____

Submitted:  December 17, 2007      Decided:  December 27, 2007

_____

Before TRAXLER, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Christopher M. Watkins, Appellant Pro Se.  Betsy S. Jividen, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher M. Watkins, a federal prisoner, appeals the magistrate judge's order denying relief on his 28 U.S.C. § 2241 (2000) petition.[*]  We have reviewed the record and find no reversible error.  Accordingly, we deny Watkins's motions to expedite and for bail pending appeal, and we affirm for the reasons stated by the magistrate judge.  See <u>Watkins v. Driver</u>, No. 2:06-cv-00042 (N.D. W. Va. Sept. 20, 2007).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]The parties consented to jurisdiction of the magistrate judge under 28 U.S.C. § 636(c) (2000).